B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio Eastern Division

In re   Irwin Mortgage Corporation:            Case No.
                        Debtor.                Chapter   11

## LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 25 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims. The information presented herein does not constitute a waiver of the Debtor's rights to contest the validity, priority, nature, characterization and/or amount of any claim.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BARNES & THORNBURG, LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3535 | MICHAEL GOTTSCHLICH, ESQ.<br>Tele: (317) 231-7834 | Trade Debt, subject to application of $45,000 retainer | Disputed and subject to setoff | $50,742 (secured in amount of approved fees against retainers in the amount of $45,000) |
| CALVIN TRAYLOR<br>216 Hancock Street<br>Brooklyn, NY 11216 | C/O G. WESLEY SIMPSON<br>1016 Ralph Avenue, 1st Floor<br>Brooklyn, NY 11236 | Litigation | Contingent, disputed and unliquidated | $342,000 |
| CARRINGTON CAPITAL MANAGEMENT LLC & CARRINGTON MORTGAGE HOLDINGS, LLC<br>1610 Saint Andrew Place<br>Santa Ana, CA 92705 | BRUCE ROSE<br>CEO<br>Tele: (203) 661-6186 | Credit for Overage for 2009 & 2010 operating expenses for 10500 Kincaid Dr. Sublease | Contingent, unliquidated and disputed | $90,301 |

In re **Irwin Mortgage Corporation**      Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; 18 additional named plaintiffs; 1 to 2000 unidentified members of class | TERRY L. WIKE, ESQ. 9500 W. Flamingo Road, Suite 108 Las Vegas, Nevada 89147 Tele: (702) 870-9898 | Litigation | Disputed, contingent and unliquidated | In excess of $50,000 per plaintiff |
| CT CORPORATION 1300 East 9th St, Ste.1010 Cleveland, OH 44144<br><br>CT CORPORATION P.O. Box 4349 Carol Stream, IL 60197-4349 | Tele: (215) 621-4270 | Trade debt | Disputed | $4,049 |
| DUKE ENERGY P.O. Box 1326 Charlotte, NC 28201 | DAVID HISER Tele: (800) 774-1202 Ext 7235 | Utilities | | $27,000 (estimated) |
| EVERBANK 8100 Nations Way Jacksonville, FL 32256 | TOM HAJDA Sr. Vice President Tele: (904) 281-6177 Fax: (904) 281-6206 | Repurchase & servicing claims from sale agreement | Contingent, unliquidated, disputed and subject to potential setoff | $8,530,000 (potentially secured in amount of holdback amount $2,580,000) |
| FABIO LADINO 1550 W 84th St Ste 70 Hialeah, FL 33014-3376 | C/O MARIANO R GONZALEZ 3600 Red Rd Ste 603 Miramar, Florida 33025 (954) 538-1304 | Litigation | Contingent, disputed and unliquidated | In excess of $15,000 |
| FISHERS SEWER UTILITY 1 Municipal Drive Fishers, IN 46038 | Tele: (317) 567-5056 | Utilities | | $600 (estimated) |

B4 (Official Form 4) (12/07) - Cont.

In re **Irwin Mortgage Corporation**            Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FREEDOM MORTGAGE CORP.<br>907 Pleasant Valley Ave.<br>Suite 3<br>Mt. Laurel, NJ 08054 | STANLEY MIDDLEMAN CEO<br>Tele: (800) 220-3333<br>Fax: (775) 593-5131 | Repurchase & servicing claims from sale agreement | Contingent, unliquidated, disputed and subject to potential setoff and counterclaim | $12,830,648 |
| GE CAPITAL<br>P.O. Box 3199,<br>10 Riverview Dr.<br>Danbury, CT 06810 | AMY DUNBAR<br>Tele: (203) 749-4057 | Lease payments in expired leases and property taxes | Contingent, unliquidated, disputed and subject to setoff | $42,600 |
| GLOBE INDUSTRIAL SUPPLIES, INC.<br>7823 N By Northeast Blvd<br>Fishers, IN 46037 | DAN KINCAID<br>Tele: (317) 841-9092 | Trade Debt | Unliquidated and contingent | $60,000 (estimated amount) |
| INDIANAPOLIS WATER<br>Payment Processing<br>P.O. Box 1990<br>Indianapolis, IN 46206-1990 | Tele: (317) 263-6312 | Utilities | | $600 (estimated) |
| JOAN ELIZABETH JACOBS<br>9991 Brown Rd<br>Bay Minette, AL 36507 | C/O C VICTOR WELSH III<br>Pittman Germany Roberts & Welsh LLP<br>410 South President St Po Box 22985<br>Jackson, MS 39225<br>601.948.6200 | Litigation | Contingent, disputed and unliquidated | $125,000 |
| JP MORGAN CHASE (Washington Mutual)<br>10151 Deerwood Park Blvd.<br>Bldg. 400, Mail Code FL5-4406<br>Jacksonville, FL 32256 | RHODA KLANSKY<br>Tele: (904) 565-5036 | Repurchase & servicing claims from sale agreement | Contingent, disputed and unliquidated | $300,000 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Irwin Mortgage Corporation**             Case No. _____

           Debtor(s)

# LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KHAJA AHMED SHAHNAZ AHMED C/O David C Jarrell Esq 8301 W Judge Perez Dr Chalmette, LA 70043 | DAVID C JARRELL Tele: (514) 271-8421 | Litigation | Contingent, disputed and unliquidated | $96,344.66 |
| LANTERN PARTNERS, LLC P.O. Box 50826 Indianapolis, IN 46250 | DAN KINCAID Tele: (317) 841-9092 | Real Estate Taxes (liquidated) and Lease damage claim (contingent & unliquidated) | Contingent and unliquidated, | $194,051 |
| LETICIA BOERBOOM 10400 Jay St NW, Apt. 210 Minneapolis, MN 55433-8103 | JESSE H. KILBORT, ESQ. Daniels & Wymore PLLC 3165 Fernbrook Lane North Plymouth, Minnesota 55447 Tele: (763) 201-1215 | Litigation | Disputed, contingent and unliquidated | In excess of $50,000 |
| MIDFIRST BANK 999 NW Grand Blvd. Oklahoma City, OK 73118 | JAMES T. NIELD Sr. Vice President Tele: (405) 426-1400 | Repurchase & servicing claims from various sale agreements | Contingent, unliquidated, disputed and subject to potential setoff | $180,650,000 (potentially secured in amount of holdback amount $12,998,000) |
| PATRICIA TERRELONGUE 2663 Whispering Pines Dr # D Grayson, GA 30017-2859 | Tele: (770) 985-2582 | Litigation | Disputed | $7,515 |
| RICK BOERBOOM 13203 Thrush St NW Minneapolis, MN 55448-2591 | JESSE H. KILBORT, ESQ. Daniels & Wymore PLLC 3165 Fernbrook Lane North Plymouth, Minnesota 55447 (763) 201-1215 | Litigation | Disputed, contingent and unliquidated | In excess of $50,000 |
| RJE BUSINESS INTERIORS 621 E. Ohio Street Indianapolis, IN 46202 | CASEY THOMAS Tele: (317) 713-6347 | Storage Charges | Disputed | $3,276 |

# LIST OF CREDITORS HOLDING 25 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ROBERT MEYER<br>C/O Gregory M Gagne<br>Reiner Reiner & Bendett<br>160 Farmington Ave Ste 2<br>Farmington, Ct 06032-1728 | GREGORY M GAGNE<br>Tele: (860) 677-2868 | Litigation | Contingent, disputed and unliquidated | $14,000 |
| SOLOMON MCKENZIE<br>1066 East 99th Street<br>Brooklyn, NY 11236 | C/O G. WESLEY SIMPSON<br>1016 Ralph Avenue, 1st Floor<br>Brooklyn, NY 11236 | Litigation | Disputed, contingent and unliquidated | $342,000 |
| U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT (HUD)<br>52 Corporate Circle<br>Albany, NY  12203 | ROBERT E. SCHMIT, JR.<br>Tele: (800) 669-5152 | Indemnification claim(s) | Contingent, unliquidated and disputed | $380,688 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **07/08/2011**          Signature */s/ Fred C. Caruso*
                                              Fred C. Caruso
                                              President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.